STATE of Missouri, Respondent,

v.

Donald CLARK, Appellant.

No. WD 63701.

Missouri Court of Appeals,
Western District.

Dec. 7, 2004.

Nancy A. McKerrow, Columbia, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

Before LISA WHITE HARDWICK, P.J., ROBERT G. ULRICH and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Donald Clark appeals his conviction following jury trial for the class D felony of driving while intoxicated, section 577.010 RSMo 2000. He was sentenced as a prior offender to four years imprisonment. Mr. Clark contends that the trial court improperly allowed the testimony of the arresting officer's use of the Horizontal Gaze Nystagmus (HGN) test because (1) the arresting officer was not qualified to administer the test, and (2) the arresting officer improperly performed the test.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Loren William MAY, Jr., Appellant.

No. WD 63211.

Missouri Court of Appeals,
Western District.

Dec. 7, 2004.

Craig Allan Johnston, State Public Defender Office, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Deborah Daniels, Assistant Attorney General, Jefferson City, for respondent.

Before RONALD R. HOLLIGER, Presiding Judge, PATRICIA BRECKENRIDGE, Judge, and JOSEPH M. ELLIS, Judge.

### ORDER

Loren May appeals his conviction for drug trafficking in the second degree. We have reviewed the briefs of the parties and the record, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).